IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

| | | |
|---|---|---|
| CLYDE B. FULTON | * | |
|         Plaintiff | * | |
| VS. | * | |
| JOHN E. POTTER, Postmaster General, United States Postal Service | * | NO. 4:04CV000553 SWW |
|         Defendant | * | |

## **JUDGMENT**

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that Plaintiff's claims under Title VII and *Bivens v. Six Unknown Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) are DISMISSED WITH PREJUDICE. Plaintiff's claim that Defendant violated a collective bargaining agreement is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 18th DAY OF JULY, 2005.

                                        /s/Susan Webber Wright

                        CHIEF JUDGE
                        UNITED STATES DISTRICT COURT